EXHIBIT A

PAGE #1

IDAHO DERPARTMENT OF CORRECTION
Grievance/Disciplinary Offense Report (DOR) Transmittal Form

Facility: ICC

Date: 6/2/08

To: Offender Name: Riggs IDOC Number: 37783

Institution, Housing Unit & Cell: A-215-B

**From:** J. Gardner

The attached form is being returned without action being taken because:

- ☐ You did not attach an answered or signed *Offender Concern Form* that shows your attempts to resolve the issue informally
- ☐ You have three (3) grievances in the system, which is the maximum number you are allowed.
- ☐ You did not submit all three (3) copies of the *Grievance/Appeal Form.*
- ☐ You have raised more than one issue.
- ☐ The grievance does not contain specific information such as dates, places and names.
- ☐ Your description of the problem is not written within the appropriate area on the form.
- ☐ The form is typed. Forms must be handwritten.
- ☐ You did not file the grievance of Disciplinary Offense Report (DOR) appeal within the time limit.
- ☐ You agreed to the alternative sanctions.
- ☐ Your administrative remedies have been exhausted on this issue. Previous grievance or DOR appeal number __was on this same topic.
- ☐ You did not sign the form.
- ☒ You did not suggest a solution.
- ☐ You cannot grieve a DOR, but must use the disciplinary appeal process.
- ☐ You cannot grieve the length of your sentence or a decision that is under the jurisdiction of the court of Commission of Pardons and Parole.
- ☐ This problem is beyond the Idaho Department of Correction's (IDOC's) control.
- ☐ Other (must be approved by the review or appellate authority.) Concern form is not marked No response in accordance to IDOC 316.

Appendix B
316.02.01.001 v2.1

PAGE # 2

IDAHO DERPARTMENT OF CORRECTION
Grievance/Disciplinary Offense Report (DOR) Transmittal Form

Facility: ICC

Date: 6/4/08

To: Offender Name: Riggs

IDOC Number: 37783

Institution, Housing Unit & Cell: ~~A-215-A~~ O-10A

**From:** J. Gardner

The attached form is being returned without action being taken because:

- ☐ You did not attach an answered or signed *Offender Concern Form* that shows your attempts to resolve the issue informally
- ☐ You have three (3) grievances in the system, which is the maximum number you are allowed.
- ☐ You did not submit all three (3) copies of the *Grievance/Appeal Form.*
- ☐ You have raised more than one issue.
- ☐ The grievance does not contain specific information such as dates, places and names.
- ☐ Your description of the problem is not written within the appropriate area on the form.
- ☐ The form is typed. Forms must be handwritten.
- ☐ You did not file the grievance of Disciplinary Offense Report (DOR) appeal within the time limit.
- ☐ You agreed to the alternative sanctions.
- ☒ Your administrative remedies have been exhausted on this issue. Previous grievance or DOR appeal number 080000299__was on this same topic.
- ☐ You did not sign the form.
- ☐ You did not suggest a solution.
- ☐ You cannot grieve a DOR, but must use the disciplinary appeal process.
- ☐ You cannot grieve the length of your sentence or a decision that is under the jurisdiction of the court of Commission of Pardons and Parole.
- ☐ This problem is beyond the Idaho Department of Correction's (IDOC's) control.
- ☐ Other (must be approved by the review or appellate authority.) Concern form is not marked No response in accordance to IDOC 316.

June 05, 2008

**STAFF'S SIGNATURE:** ______________________________

**YOUR GRIEVANCE HAS BEEN REVIEWED AND I FIND :**

Staff response is appropriate, and no policy violations are present. Grievance should be denied.

Gabriel Hale,
Chief of Unit Management
Idaho Correctional Center
208-331-2760 ext. 2278

**SIGNATURE:** ______________________

**DATE:** ___________ ☐ **GRANTED** ☒ **DENIED** ☐ **MODIFIED**

**YOUR APPEAL HAS BEEN REVIEWED AND I FIND :**

Staff response and actions are appropriate at no time did the inmate request protective custody or cooperate with the staff members when they attempted to assist him. This grievance has been reviewed and denied.

Assistant Warden Prado 6-17-08

☐ **WARDEN** ☐ **P&P ADMINISTRATOR**

☐ **GRANTED** ☒ **DENIED** ☐ **MODIFIED**

**SIGNATURE:** ______________________ **DATE:** ___________

O-19

**IDAHO DEPARTMENT OF CORRECTION**

**Grievance/Appeal Form**

☒ **Grievance** ☐ **Appeal**

Offender's Name: MARLIN RIGGS IDOC Number: 37783

Institution, Housing Unit, & Cell: A-~~215 B~~ Date: 5/30/08

**For Administrative Use**

Facility: I.C.C. Date Answer Sent:

Date Received: Grievance Number:

Date Answer Due: Grievance Category Code:

**Offender's Section**

The problem is: I REQUESTED OFFICER ROSE TO PROTECT ME FROM AN ASSULT ON C TEIR. HE REFUSED AND SENT ME BACK ON THE TEIR. I ALSO ASKED OFFICERS, DEAN, JOHNSON, AND DANFORTH. I REQUESTED TO TALK TO A CAPTAIN AND WAS REFUSED. I WAS FORCED BACK ON THE TEIR AND WAS BEAT. THIS WAS AN ONGOING THING

I have tried to solve this problem informally by:
SEE ATTACHED INFO.

I suggest the following solution for the problem:
THAT OFFICER ROSE BE PUNISHED FOR HIS ACTIONS. EDUCATE YOUR OFFICERS ON THE LAW? TO PROTECT THE INMATES.

Offender's signature: Marlin Riggs

Appendix C
316.02.01.001 v2.1

PAGE # 5

A-215-B

D-102

# IDAHO DEPARTMENT OF CORRECTION
# GRIEVANCE FORM

| NAME: RIGGS, MARLIN | NUMBER: 37783 | FACILTY: ICC | DATE: 06/11/2008 |
|---|---|---|---|

**FOR ADMINSTRATIVE USE**

| | |
|---|---|
| **Facility :**ICC | **Date Answer Sent :**06/06/2008 |
| **Date Received :**06/05/2008 | **Grievance Number :**IC 080000299 |
| **Date Answer Due :**06/19/2008 | **Grievance Category Code :**COMPLAINT AGAINST STAFF |

**THE DECISION/ACTION THAT I AM GRIEVING IS :**

I REQUESTED OFFICER ROSE TO PROTECT ME FROM AN ASSULT ON L TEIR. HE FEFUSED AND SENT ME BACK ON THE TEIR. I ALSO ASKED OFFICERS DEAN, JOHNSON, AND DANFORTH. I REQUESTED TO TALK TO A CAPTAIN AND WAS REFUSED. I WAS FORCED BACK ON THE TEIR AND WAS BEAT. THIS WAS AN ONGOING THING.

SEE ATTACHED INFO.

THAT OFFICER ROSE BE PUNISHED FOR HIS ACTIONS. EDUCATE YOUR OFFICERS ON THE LAW? TO PROTECT THE INAMTES.

**OFFENDER'S SIGNATURE:**

**THE RESPONSE FROM THE STAFF MEMBER BEING GRIEVED OR IN CHARGE OF THE AREA/OPERATION BEING GRIEVED :**

Mr. Riggs,

In response to your Grievance,

The Idaho Correctional Center (ICC) Inmate Handbook states; It is the policy of ICC that all inmates have: Protection from inmates having power over other inmates, protection from abuse (physical or verbal), protection from harassment and protection from unreasonable searches. Additionally, Per IDOC Policy 319.02.01"Restrictive Housing" states, an inmate can request Protective Custody verbally and or in writing. When an offender request PC staff will immediately contact the shift commander and keep the offender in a safe environment until the shift commander can have the offender moved to the Special Management Unit for Investigation.

Furthermore, after discussing your incident with Counselor Rose he informed me that you did not request Protective Custody. Counselor Rose also stated you requested to be moved to C-Pod and refused to give any information that could have influenced Counselor Rose?s decision to have you moved off of the Pod for your safety.

Norma Rodriguez, Unit Manager

PAGE# 6

June 05, 2008

**STAFF'S SIGNATURE:** ______________________________

**YOUR GRIEVANCE HAS BEEN REVIEWED AND I FIND :**

Staff response is appropriate, and no policy violations are present. Grievance should be denied.

Gabriel Hale,
Chief of Unit Management
Idaho Correctional Center
208-331-2760 ext. 2278

**SIGNATURE:** ______________________

**DATE:** __________

☐ **GRANTED** ☒ **DENIED** ☐ **MODIFIED**

**YOUR APPEAL HAS BEEN REVIEWED AND I FIND :**

________________________________________

________________________________________

________________________________________

________________________________________

________________________________________

________________________________________

☐ **WARDEN** ☐ **P&P ADMINISTRATOR**

☐ **GRANTED** ☐ **DENIED** ☐ **MODIFIED**

**SIGNATURE:** ______________________ **DATE:** __________

# IDAHO DEPARTMENT OF CORRECTION
# GRIEVANCE FORM

| NAME: RIGGS, MARLIN | NUMBER: 37783 | FACILTY: ICC | DATE: 06/18/2008 |
|---|---|---|---|

**FOR ADMINSTRATIVE USE**

| | |
|---|---|
| **Facility** :ICC | **Date Answer Sent** :06/18/2008 |
| **Date Received** :06/16/2008 | **Grievance Number** :IC 080000299 |
| **Date Answer Due** :06/30/2008 | **Grievance Category Code** :COMPLAINT AGAINST STAFF |

**THE DECISION/ACTION THAT I AM GRIEVING IS :**

I REQUESTED OFFICER ROSE TO PROTECT ME FROM AN ASSULT ON L TEIR. HE FEFUSED AND SENT ME BACK ON THE TEIR. I ALSO ASKED OFFICERS DEAN, JOHNSON, AND DANFORTH. I REQUESTED TO TALK TO A CAPTAIN AND WAS REFUSED. I WAS FORCED BACK ON THE TEIR AND WAS BEAT. THIS WAS AN ONGOING THING.

SEE ATTACHED INFO.

THAT OFFICER ROSE BE PUNISHED FOR HIS ACTIONS. EDUCATE YOUR OFFICERS ON THE LAW? TO PROTECT THE INAMTES.

**OFFENDER'S SIGNATURE:** ____________________

**THE RESPONSE FROM THE STAFF MEMBER BEING GRIEVED OR IN CHARGE OF THE AREA/OPERATION BEING GRIEVED :**

Mr. Riggs,

In response to your Grievance,

The Idaho Correctional Center (ICC) Inmate Handbook states; It is the policy of ICC that all inmates have: Protection from inmates having power over other inmates, protection from abuse (physical or verbal), protection from harassment and protection from unreasonable searches. Additionally, Per IDOC Policy 319.02.01"Restrictive Housing" states, an inmate can request Protective Custody verbally and or in writing. When an offender request PC staff will immediately contact the shift commander and keep the offender in a safe environment until the shift commander can have the offender moved to the Special Management Unit for Investigation.

Furthermore, after discussing your incident with Counselor Rose he informed me that you did not request Protective Custody. Counselor Rose also stated you requested to be moved to C-Pod and refused to give any information that could have influenced Counselor Rose?s decision to have you moved off of the Pod for your safety.

Norma Rodriguez, Unit Manager

IDAHO DEPARTMENT OF CORRECTION

Grievance/Appeal Form

☒ Grievance ☐ Appeal

Offender's Name: MARLIN RIGGS IDOC Number: 37783

Institution, Housing Unit, & Cell: A-215-B Date: 5/30/08

**For Administrative Use**

| | |
|---|---|
| Facility: I.C.C. | Date Answer Sent: |
| Date Received: | Grievance Number: |
| Date Answer Due: | Grievance Category Code: |

**Offender Section**

The problem is: I REQUESTED OFFICER ROSE TO PROTECT ME FROM AN ASSULT ON L TEIR. HE REFUSED AND SENT ME BACK ON THE TEIR I ALSO ASKED OFFICERS DEAN, JOHNSON AND DANFORTH. I REQUESTED TO TALK TO A CAPTAIN AND WAS REFUSED. I WAS FORCED BACK ON THE TEIR, AND WAS BEAT.

I have tried to solve this problem informally by: SEE ATTACHED INFO.

I suggest the following solution for the problem: I'M OPEN TO SUGGESTIONS.

Offender's signature: Marlin Riggs

Appendix C
316.02.01.001 v2.1

IDAHO DEPARTMENT OF CORRECTION

Grievance/Appeal Form

☐ Grievance ☒ Appeal TO THE WARDEN PHILLIP VALDEZ

Offender's Name: MARLIN RIGGS IDOC Number: 37783

Institution, Housing Unit, & Cell: O-10-A Date: 6/11/08

**For Administrative Use**

Facility: I.C.C

Date Received:

Date Answer Due:

Date Answer Sent:

Grievance Number:

Grievance Category Code:

**Offender Section**

The problem is: I WAS ASSULTED ON MAY 11TH ON L TEIR. THIS WAS AN ON-GOING PROBLEM. I FIRST ASKED OFFICER DEAN THAN OFFICER ROSE FOR HELP. I ASKED THEM TO MOVE ME. I TOLD THEM THAT IF I DIDN'T GET MOVED ANYWHERE I WOULD GET ASSULTED. THEY DIDN'T CARE, THEY PURPOSELY SENT ME BACK, I GOT SEVERLY BEAT UP. I ALSO ASKED C/O DANFORTH TO TALK TO A CAPTAIN. SGT. ROSE IS NOW LYING ABOUT WHAT HAPPENED.

I have tried to solve this problem informally by: CONCERN / GRIEVANCE

I suggest the following solution for the problem: THAT SGT. ROSE C/O DEAN C/O DANFORTH BE PUNISHED FOR THEIR NEGLIGENT ACTIONS THE LAW STATES: I HAVE A RIGHT TO BE PROTECTED, WHEN I ASK TO BE PROTECTED.

Offender's signature: Marlin Riggs

Appendix C

316.02.01.001 v2.1

IDAHO DEPARTMENT OF CORRECTION

Grievance/Appeal Form

☒ Grievance ☐ Appeal

Offender's Name: MARLIN RIGGS IDOC Number: 37783

Institution, Housing Unit, & Cell: A-215-B Date: 6/03/08

**For Administrative Use**

Facility: ______ Date Answer Sent: ______

Date Received: ______ Grievance Number: ______

Date Answer Due: ______ Grievance Category Code: ______

**Offender Section**

The problem is: I ASKED TO GET PROTECTION FROM OTHER INMATES. I COULDN'T AND WOULDN'T GIVE THEIR NAMES. I DID SAY TO SGT ROSE THAT THERE WERE OPENINGS ON CTEIR. I ALSO SAID I DON'T CARE WHERE I GOT MOVED EVEN SEGREGATION. HE REFUSED TO HELP ME. I MADE A PHONE CALL TO MY FAMILY. ITS RECORDED. SGT. ROSE IS LYING.

I have tried to solve this problem informally by: CONCERN FORM

I suggest the following solution for the problem: I WANT THE STAFF TO LEARN THE LAWS AND I WANT HIM PUNISHED FOR GETTING ME ASSAULTED. HE IS JUST AS GUILTY AS THEY ARE FOR HIS ACTIONS.

Offender's signature: Marlin Riggs

Appendix C
316.02.01.001 v2.1