Charles A. Brown     ISB 2129
324 Main Street
P.O. Box 1225
Lewiston, Idaho  83501-1225
Telephone:  (208) 746-9947
Fax:  (208) 746-5886
CharlesABrown@cableone.net

David A. Schulz (*pro hac vice*)
LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
321 West 44th Street, Suite 510
New York, New York  10036
Telephone:  (212) 850-6100
Fax:  (212) 850-6299
dschulz@lskslaw.com

Steven D. Zansberg (*pro hac vice*)
LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
1888 Sherman Street, Suite 370
Denver, Colorado  80203
Telephone:  (303) 376-2400
Fax:  (303) 376-2401
szansberg@lskslaw.com

Attorneys for proposed Intervenor
The Associated Press

## UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| MARLIN RIGGS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CORRECTIONS CORPORATION OF AMERICA, INC.,<br><br>　　　　　Defendant. | Case No. 1:09-cv-00010-S-EJL<br><br>**MOTION BY THE ASSOCIATED PRESS TO INTERVENE FOR THE LIMITED PURPOSE OF SEEKING TO UNSEAL THE SETTLEMENT AGREEMENT (Dkt. No. 205) & FOR AN ORDER UNSEALING THE SETTLEMENT AGREEMENT (Dkt. No. 205)** |

*The Associated Press* ("AP"), by and through undersigned counsel, Charles A. Brown and Levine Sullivan Koch & Schulz, LLP, hereby moves this Court, pursuant to Fed. R. Civ. P. 24(b), for an order allowing proposed intervenor (the AP) to intervene in this proceeding for the limited purpose of seeking to unseal the Settlement Agreement (Dkt. No. 205), and that the Court order the immediate unsealing of the Settlement Agreement (Dkt. No. 205).

This motion is based the Memorandum filed in support herewith. Oral argument is requested.

DATED: October 4, 2011.

_____
**CHARLES A. BROWN**
Charles A. Brown (ISB 2129)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 4th day of October, 2011, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

- James D. Huegli, *Attorney for Plaintiffs*
  jameshuegli@yahoo.com
- Daniel Patrick Struck, *Attorney for Defendant CCA, Inc.*
  dstruck@swlfirm.com
- James R. Stoll, *Attorney for Defendant CCA, Inc.*
  jrs@naylorhales.com
- Kirtlan G Naylor, *Attorney for Defendant CCA, Inc.*
  kirt@naylorhales.com
- Tara B Zoellner, *Attorney for Defendant and CCA, Inc.*
  tzoellner@swlfirm.com
- Timothy J Bojanowski, *Attorney for Defendant and CCA, Inc.*
  tbojanowski@swlfirm.com
- David A. Schulz
  dschulz@lskslaw.com
- Steven D. Zansberg
  szansberg@lskslaw.com

_____
**CHARLES A. BROWN**
Charles A. Brown (ISB 2129)